NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

NOV 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | | |
|---|---|---|
| EVA LUZ ZAZUETA DE MUNIZ, | ) | No. 04-72976 |
| | ) | |
| Petitioner, | ) | Agency No. A039-810-935 |
| | ) | |
| v. | ) | **MEMORANDUM**[*] |
| | ) | |
| ERIC H. HOLDER Jr., Attorney General, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 8, 2011[**]
Pasadena, California

Before:     FERNANDEZ, MOORE,[***] and McKEOWN, Circuit Judges.

Eva Luz Zazueta de Muniz petitions for review of the Board of Immigration

Appeals' denial of her motion to reopen the proceedings wherein she was ordered

[*]This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]The panel unanimously finds this case suitable for decision without oral argument.  Fed. R. App. P. 34(a)(2).

[***]The Honorable Karen Nelson Moore, United States Circuit Judge for the Sixth Circuit, sitting by designation.

removed in absentia. We dismiss the petition.

The sole issue Zazueta raises here is a claim regarding advisals before she made a statement to an immigration inspector, but that issue was not exhausted because it was not raised before the BIA. We, therefore, will not consider the issue. See Puga v. Chertoff, 488 F.3d 812, 815–16 (9th Cir. 2007); Barron v. Ashcroft, 358 F.3d 674, 678 (9th Cir. 2004); Taniguchi v. Schultz, 303 F.3d 950, 955 (9th Cir. 2002); see also Castillo-Villagra v. INS, 972 F.2d 1017, 1023–24 (9th Cir. 1992).

Petition DISMISSED.